UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEPT. 15, et al.,<br><br>　　　　　Respondent. | Case No. 19-cv-04399-HSG<br><br>**JUDGMENT** |

This habeas petition is denied for failure to state a cognizable claim for federal habeas relief. Judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: 9/27/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge